ALWIN CONSTRUCTION COMPANY, INC. *v.* DOUGLAS M. COSTLE, COMMISSIONER OF ENVIRONMENTAL PROTECTION

The plaintiff's motion for a review of the action of the trial court in the appeal from the Court of Common Pleas in Fairfield County is granted and the relief sought therein is denied.

*Melvin J. Silverman*, in support of the motion.

*Brian E. O'Neill*, assistant attorney general, and *Alan R. Spirer*, in opposition.

Submitted October 10—decided October 24, 1974

ANNELIS FRENKEL ET AL. *v.* TOWN PLAN AND ZONING COMMISSION OF THE TOWN OF FAIRFIELD ET AL.

The petition for certification by the defendant Kosow Construction Corporation for appeal from the Court of Common Pleas in Fairfield County is denied.

*Robert F. Field*, in support of the petition.

*Bernard Green*, in opposition.

Submitted October 21—decided November 1, 1974

STATE OF CONNECTICUT *v.* MARK C. OLDS

The defendant's motion for review of the trial court's denial of his motion for a reduction of his bond in the appeal from the Superior Court in New Haven County is granted and the relief requested therein is denied.

*John R. Williams*, special public defender, in support of the motion.

Submitted October 22—decided November 1, 1974